# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Briggs, | No. CV-20-00478-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| PFVT Motors LLC, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 32) and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation of Dismissal (Doc. 32). Plaintiff's individual claims are dismissed with prejudice, and the putative class allegations set forth in the Complaint (Doc. 1) are dismissed without prejudice.

Dated this 19th day of February, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge